1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant HIGGINS
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    )   No. CR-09-0396-CW (WDB)
                                  )
12 |            Plaintiff,        )   STIPULATION TO MODIFY RELEASE
                                  )   CONDITIONS; ~~PROPOSE~~D ORDER
13 | vs.                          )                 WDB
                                  )
14 | SEAN BRIAN HIGGINS,          )
                                  )
15 |            Defendant.        )
   |_____)
16

17       IT IS HEREBY STIPULATED, by and between the parties to this action, that the release

18  conditions in this case be modified to permit the defendant to travel to and attend the memorial

19  service for his wife's mother, to be held on June 20, 2009 in Kemptville, Ontario, Canada. The

20  trip shall not exceed 7 days in length. The defendant is to leave on or about June 19, 2009 and

21  return on or about June 26, 2009. He is to remain in the company of surety Tracey M. Luttrell

22  during the trip. Ms. Luttrell will be served by defense counsel with this order which shall direct

23  that she notify the Pretrial Services Agency of any violations of release conditions. The

24  defendant is to reside at 9 Fleischer St., Kemptville, Ontario during the entire stay.

25  //

26       He is to provide his travel itinerary and contact information to his Pretrial Services

1

Officer.  He is to report in person or by telephone as directed by the Office of Pretrial Services.  His passport is to be returned to him by the US District Court Clerk's Office.  He shall return the passport to the Clerk's Office by the close of business on the first court day after he arrives back in the Northern District Of California.

      Defense counsel has spoken with Paul Mamaril, Pretrial Services Officer, and he has no objection to this request.

Date   6/03/09              /s/
John Paul Reichmuth
Assistant Federal Public Defender
Counsel for defendant HIGGINS

Date   6/03/09             /s/
Chinhayi Coleman
Assistant United States Attorney

      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.      /S/ John Paul Reichmuth
Counsel for Defendant Higgins

**ORDER**

Pursuant to a stipulation of the parties and good cause appearing therefore, it is hereby ORDERED that the release conditions in this case be modified to permit the defendant to travel to and attend the memorial service for his mother-in-law, to be held on June 20, 2009 in Kemptville, Ontario, Canada. The trip shall not exceed 7 days in length. The defendant is to leave on or about June 19, 2009 and return on or about June 26, 2009. He is to remain in the company of surety Tracey M. Luttrell during the trip. Ms. Luttrell shall be served by defense counsel with this order and she shall notify the Pretrial Services Agency of any violations of release conditions. The defendant is to reside at 9 Fleischer St., Kemptville, Ontario during his entire visit. Defendant shall provide his travel itinerary and contact information to his Pretrial Services Officer. He is to report in person or by telephone as directed by the Pretrial Services Agency. His passport is to be returned to him by the US District Court Clerk's Office. He shall return the passport to the Clerk's Office by the close of business on the first court day after he arrives back in the Northern District Of California.

IT IS SO ORDERED.

June 4, 2009
Date

HON. WAYNE
UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Wayne D. Brazil

3