1    BARRY J. PORTMAN
     Federal Public Defender
2    JOHN PAUL REICHMUTH
     Assistant Federal Public Defender
3    555 - 12th Street
     Suite 650
4    Oakland, CA 94607-3627
     Telephone: (510) 637-3500
5
     Counsel for Defendant HIGGINS
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            )    No. CR-09-0396-CW (WDB)
                                          )
12                   Plaintiff,           )    AMENDED STIPULATION TO MODIFY
                                          )    RELEASE CONDITIONS; [PROPOSED]
13   vs.                                  )    AMENDED ORDER
                                          )
14   SEAN BRIAN HIGGINS,                  )
                                          )
15                   Defendant.           )
     _____  )
16

17        The following stipulation and proposed order differ from the previously signed and

18   ordered versions, in that the travel duration is now 11 days, instead of 7 days.  That is the

19   only amendment.  The change arose because the family wanted to arrive with greater time to

20   prepare for the memorial service, while still traveling home on a weekend.  Pretrial Services is

21   in possession of the itinerary does not object to this change.

22        IT IS HEREBY STIPULATED, by and between the parties to this action, that the

23   release conditions in this case be modified to permit the defendant to travel to and attend the

24   memorial service for his wife's mother, to be held on June 20, 2009 in Kemptville, Ontario,

25   Canada.  The trip shall not exceed 11 days in length.  The defendant is to leave on or about

26   June 19, 2009 and return on or about June 26, 2009.  He is to remain in the company of

                                              1

1   surety Tracey M. Luttrell during the trip. Ms. Luttrell will be served by defense counsel with

2   this order which shall direct that she notify the Pretrial Services Agency of any violations of

3   release conditions. The defendant is to reside at 9 Fleischer St., Kemptville, Ontario during

4   the entire stay.

5       He is to provide his travel itinerary and contact information to his Pretrial Services

6   Officer. He is to report in person or by telephone as directed by the Office of Pretrial

7   Services. His passport is to be returned to him by the US District Court Clerk's Office. He

8   shall return the passport to the Clerk's Office by the close of business on the first court day

9   after he arrives back in the Northern District Of California.

10       Defense counsel has spoken with Paul Mamaril, Pretrial Services Officer, and he has

11   no objection to this request.

12

_____       _____/s/_____

Date   6/18/09                John Paul Reichmuth

13                                        Assistant Federal Public Defender

                                       Counsel for defendant HIGGINS

14

15

16

_____       _____/s/_____

Date   6/18/09                Stephen Corrigan

17                                          Assistant United States Attorney

18

19       I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)

within this efiled document.               /S/ John Paul Reichmuth

20                                  Counsel for Defendant Higgins

21

22

23

24

25

26

1                                    ORDER

2          Pursuant to a stipulation of the parties and good cause appearing therefore, it is hereby

3   ORDERED that the release conditions in this case be modified to permit the defendant to

4   travel to and attend the memorial service for his mother-in-law, to be held on June 20, 2009 in

5   Kemptville, Ontario, Canada.  The trip shall not exceed 11 days in length.  The defendant is to

6   leave on or about June 19, 2009 and return on or about June 26, 2009.  He is to remain in the

7   company of surety Tracey M. Luttrell during the trip.  Ms. Luttrell shall be served by defense

8   counsel with this order and she shall notify the Pretrial Services Agency of any violations of

9   release conditions.  The defendant is to reside at 9 Fleischer St., Kemptville, Ontario during

10  his entire visit.  Defendant shall provide his travel itinerary and contact information to his

11  Pretrial Services Officer.  He is to report in person or by telephone as directed by the Pretrial

12  Services Agency.  His passport is to be returned to him by the US District Court Clerk's

13  Office.  He shall return the passport to the Clerk's Office by the close of business on the first

14  court day after he arrives back in the Northern District Of California.

15         IT IS SO ORDERED.

16

17

18   June 18, 2009                              _____
     Date                                      HON. WAYNE D. BRAZIL
19                                             UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

                                              3