BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant HIGGINS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-0396-CW (WDB) |
| | ) | |
| Plaintiff, | ) | STIPULATION TO MODIFY RELEASE |
| | ) | CONDITIONS; ORDER |
| vs. | ) | |
| | ) | |
| SEAN BRIAN HIGGINS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the release conditions in this case be modified to permit the defendant to travel outside of the Northern District of California as required by any employment as an interstate shipping driver. He is to maintain contact with and provide travel plans to the Pretrial Services Officer as directed by the officer.

Defense counsel has spoken with Paul Mamaril, Pretrial Services Officer, and he has no objection to this request.

Date  8/19/09                              /s/
                                           John Paul Reichmuth
                                           Assistant Federal Public Defender
                                           Counsel for defendant HIGGINS

1

Date    8/19/09                                  /s/
                                                Christina McCall
                                                Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.    /S/ John Paul Reichmuth
                                                Counsel for Defendant Higgins

ORDER

Pursuant to a stipulation of the parties and good cause appearing therefore, it is hereby ORDERED that the release conditions in this case be modified to permit the defendant to travel outside of the Northern District of California as required by any employment as an interstate shipping driver. He is to maintain contact with and provide travel plans to the Pretrial Services Officer as directed by the Pretrial Services Agency.

IT IS SO ORDERED.

August 19, 2009
Date                                            HON. WAYNE D. BRAZIL
                                                UNITED STATES MAGISTRATE JUDGE