BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant HIGGINS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-0396-CW |
| ) | |
| Plaintiff, ) | AMENDED STIPULATION TO |
| ) | CONTINUE; PROPOSED ORDERING |
| vs. ) | CONTINUING CASE AND EXCLUDING |
| ) | TIME UNDER THE SPEEDY TRIAL ACT |
| SEAN BRIAN HIGGINS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of February 1, 2010 presently scheduled at 2:30 p.m., before the Honorable Laurel Beeler, be vacated and re-set for March 1, 2010 at 10:00 a.m. before the Ho. Laurel Beeler for TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING.

    The reason for this request is that defense counsel is currently reviewing, organizing and investigating approximately 10,000 pages of discovery. Both parties will need significant time to organize, review, and investigate this case.

    The parties agree and stipulate that the time until March 1, 2010 should be excluded, under 18 U.S.C. §3161(H)(7)(A) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public

1  trial. The continuance is necessary to accommodate counsel's preparation efforts in a case
2  involving a voluminous amount of discovery.

3  _____          /s/
   Date   1/28/10                  John Paul Reichmuth
4                                  Assistant Federal Public Defender
                                   Counsel for defendant HIGGINS
5

6

7  _____          /s/
   Date   1/ 28/10                 Chinhayi Cadet
8                                  Assistant United States Attorney

9
       I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
10  within this efiled document.          /S/ John Paul Reichmuth
                                          Counsel for Defendant Higgins
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

1 ORDER

2 The court finds that the ends of justice served by the granting of the continuance
3 outweigh the bests interests of the public and the defendant in a speedy and public trial. The
4 continuance is necessary to accommodate counsel's preparation efforts given that this case
5 involves approximately 10,000 pages of discovery to review, organize, and investigate.  Based on
6 these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to
7 March 1, 2010 at 10:00 a.m. before the Duty United States Magistrate Judge in Oakland, and that
8 time is excluded from February 1, 2010 until March 1, 2010 pursuant to 18 U.S.C.
9 §§3161(h)(7)(A).

10 IT IS SO ORDERED.

13 January 29, 2010
Date

/s/ Laurel Beeler
HON. LAUREL BEELER
14 UNITED STATES MAGISTRATE JUDGE