BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant HIGGINS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-0396-CW (WDB) |
| Plaintiff, | STIPULATION TO PERMIT SALE OF PROPERTY BY SURETY; [PROPOSED] ORDER |
| vs. | |
| SEAN BRIAN HIGGINS, | |
| Defendant. | |

  WHEREAS, Mr. Higgins has been under pretrial supervision in this case for more than 9 months, and

  WHEREAS, Mr. Higgins has traveled around the country as a long-haul trucker and to Canada for a memorial service, all with the Court's permission, without violating any of the terms of his supervision, and

  WHEREAS, Tracey Luttrell is a surety in this case who owns real property, the equity value in which is not significant, and which she wishes to sell, and

  WHEREAS this Court previously ordered that she not sell her property without further order of this court, and

  WHEREAS, defense counsel has discussed this stipulated request with Paul Mamaril,

1

1 | U.S. Pretrial Services Officer, and he confirmed that Mr. Higgins has had no violations of his
2 | release conditions, and he stated that he does not object to the court permitting the surety to sell
3 | her property,
4 |     IT IS HEREBY STIPULATED, by and between the parties to this action, that Tracey M.
5 | Luttrell, a surety in this case, be permitted to sell or encumber her property known as 3045
6 | Bertolli Dr., Livermore, CA 94550.

Date   2/12/10

/s/
John Paul Reichmuth
Assistant Federal Public Defender
Counsel for defendant HIGGINS

Date   2/12/10

/s/
Chinhayi Cadet
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.   /S/ John Paul Reichmuth
Counsel for Defendant Higgins

2

1 **ORDER**

2     This Court, the Hon. Wayne D. Brazil, previously ordered in the above-entitled and

3 numbered criminal action that Tracey M. Luttrell, a surety in this case, not sell or encumber her

4 real property without further order of this Court.  Based on the stipulation of the parties, the

5 limited equity in the property, and the performance of the defendant on pretrial supervision thus

6 far, it is

7     ORDERED that Tracey M. Luttrell, a surety in this case, be permitted to sell or encumber

8 her property known as 3045 Bertolli Dr., Livermore, CA 94550.  Further, it is

9     ORDERED that all other Conditions of Release remain in force as previously set or

10 modified.

12 February 12, 2010  
    Date

13 LAUREL BEELER  
    UNITED STATES MAGISTRATE JUDGE