1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant HIGGINS
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) | No. CR-09-0396-CW |
|---|---|---|---|
| 12 | Plaintiff, | ) | STIPULATION TO CONTINUE; |
| | | ) | ~~PROPOSED~~ ORDERING CONTINUING |
| 13 | vs. | ) | CASE AND EXCLUDING TIME UNDER |
| | | ) | THE SPEEDY TRIAL ACT |
| 14 | SEAN BRIAN HIGGINS, | ) | |
| | | ) | |
| 15 | Defendant. | ) | |
| 16 | _____ | ) | |

17   IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 STATUS HEARING date of March 1, 2010 presently scheduled at 10:00 a.m., before the

19 Honorable Laurel Beeler, be vacated and re-set for April 14, 2010 at 2:30 p.m. for TRIAL OR

20 MOTIONS SETTING OR DISPOSITION HEARING before the Honorable Claudia Wilken..

21   The reason for this request is that defense counsel is currently reviewing, organizing and

22 investigating approximately 10,000 pages of discovery. Both parties will need significant time

23 to organize, review, and investigate this case. Defense counsel is also scheduled to be in a three

24 week jury trial commencing March 8, 2010.

25   The parties agree and stipulate that the time until April 14, 2010 should be excluded,

26 under 18 U.S.C. §3161(H)(7)(A) because the ends of justice served by the granting of the

1

1  continuance outweigh the bests interests of the public and the defendant in a speedy and public
2  trial. The continuance is necessary to accommodate counsel's preparation efforts in a case
3  involving a voluminous amount of discovery.

4  Date   2/26/09                             /s/
5                                             John Paul Reichmuth
                                              Assistant Federal Public Defender
                                              Counsel for defendant HIGGINS
6

7
                                              /s/
8  Date   2/ 26/09
                                              Chinhayi Cadet
9                                             Assistant United States Attorney

10
      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
11  within this efiled document.                  /S/ John Paul Reichmuth
                                              Counsel for Defendant Higgins
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2
3                                        ORDER

4       The court finds that the ends of justice served by the granting of the continuance

5  outweigh the bests interests of the public and the defendant in a speedy and public trial. The

6  continuance is necessary to accommodate counsel's preparation efforts given that this case

7  involves approximately 10,000 pages of discovery to review, organize, and investigate.  Based

8  on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to

9  April 14, 2010 at 2:30 p.m., before Hon. Claudia Wilken, and that time is excluded from March

10 1, 2010 to April 14, 2010 pursuant to 18 U.S.C. §§3161(h)(7)(A).

11       IT IS SO ORDERED.

12
13
14 March 1, 2010
   Date                                     LAUREL BEELER
15                                          UNITED STATES MAGISTRATE JUDGE

16
17
18
19
20
21
22
23
24
25
26