BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant HIGGINS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-0396-CW |
| ) | |
| Plaintiff, ) | AMENDED STIPULATION TO |
| ) | CONTINUE; PROPOSED ORDERING |
| vs. ) | CONTINUING CASE AND EXCLUDING |
| ) | TIME UNDER THE SPEEDY TRIAL ACT |
| SEAN BRIAN HIGGINS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of March 1, 2010 presently scheduled at 10:00 a.m., before the Honorable Laurel Beeler, be vacated and re-set for April 14, 2010 at 10:00 a.m. for TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING before the Honorable Laurel Beeler, United States Magistrate Judge.

    The reason for this request is that defense counsel is currently reviewing, organizing and investigating approximately 10,000 pages of discovery. Both parties will need significant time to organize, review, and investigate this case.

    The parties agree and stipulate that the time until April 14, 2010 should be excluded, under 18 U.S.C. §3161(H)(7)(A) because the ends of justice served by the granting of the

1  continuance outweigh the bests interests of the public and the defendant in a speedy and public
2  trial. The continuance is necessary to accommodate counsel's preparation efforts in a case
3  involving a voluminous amount of discovery.

4  Date  3/2/10                     /s/
                                    John Paul Reichmuth
5                                   Assistant Federal Public Defender
                                    Counsel for defendant HIGGINS
6

7
                                    /s/
8
   Date   3/ 2/10                   Chinhayi Cadet
9                                   Assistant United States Attorney

10
        I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
11 within this efiled document.        /S/ John Paul Reichmuth
                                    Counsel for Defendant Higgins
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts given that this case involves approximately 10,000 pages of discovery to review, organize, and investigate. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to April 14, 2010 at 10:00 a.m., before Hon. Laurel Beeler, and that time is excluded from March 1, 2010 to April 14, 2010 pursuant to 18 U.S.C. §§3161(h)(7)(A).

IT IS SO ORDERED.

March 3, 2010
Date

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

3