BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant HIGGINS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-09-0396-CW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE; [~~PROPOSED~~] ORDER CONTINUING |
| vs. | ) ) | CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| SEAN BRIAN HIGGINS, | ) ) | |
| Defendant. | ) ) | |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of April 14, 2010 presently scheduled at 10:00 a.m., before the Honorable Donna M. Ryu, be vacated and re-set for May 26, 2010 at 10:00 a.m. for TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING before the Oakland Duty Magistrate.

   The reason for this request is that defense counsel is currently reviewing, organizing and investigating approximately 10,000 pages of discovery. There are also numerous witnesses to be interviewed in this case, as well as archives of relevant information produced in related civil actions. Both parties will need significant time to organize, review, and investigate this case.

   The parties agree and stipulate that the time until May 26, 2010 should be excluded, under 18 U.S.C. §3161(H)(7)(A) because the ends of justice served by the granting of the

1  continuance outweigh the bests interests of the public and the defendant in a speedy and public

2  trial. The continuance is necessary to accommodate counsel's preparation efforts in a case

3  involving a voluminous amount of discovery.

4  
   Date   4/12/10                                    /s/
                                                     John Paul Reichmuth
5                                                    Assistant Federal Public Defender
                                                     Counsel for defendant HIGGINS
6

7

8                                                    /s/
   Date   4/12/10                                    Chinhayi Cadet
9                                                    Assistant United States Attorney

10

11  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
    "conformed" signature (/s/) within this e-filed document.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2                                    ORDER
3       The court finds that the ends of justice served by the granting of the continuance
4  outweigh the bests interests of the public and the defendant in a speedy and public trial. The
5  continuance is necessary to accommodate counsel's preparation efforts given that this case
6  involves approximately 10,000 pages of discovery to review, organize, and investigate, as well as
7  numerous witnesses and voluminous records generated in related civil proceedings.  Based on
8  these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to
9  May 26, 2010 at 10:00 a.m., before the Oakland Duty Magistrate, and that time be excluded from
10 April 14, 2010 until May 26, 2010 pursuant to 18 U.S.C. §§3161(h)(7)(A).
11      IT IS SO ORDERED.

14  April 13, 2010
    Date



HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE