1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant HIGGINS
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    )    No. CR-09-0396-CW
                                  )
12 |           Plaintiff,         )    STIPULATION TO CONTINUE;
                                  )    [PROPOSED] ORDER CONTINUING
13 | vs.                          )    CASE AND EXCLUDING TIME UNDER
                                  )    THE SPEEDY TRIAL ACT
14 | SEAN BRIAN HIGGINS,          )
                                  )
15 |           Defendant.         )
   |_____)
16

17      IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 STATUS HEARING date of May 26, 2010 presently scheduled at 10:00 a.m., before the

19 Honorable Laurel Beeler, be vacated and re-set for July 14, 2010 at 10:00 a.m. for TRIAL OR

20 MOTIONS SETTING OR DISPOSITION HEARING before the Oakland Duty Magistrate.

21      The reason for this request is that defense counsel is currently reviewing, organizing and

22 investigating approximately 10,000 pages of discovery. There are also numerous witnesses to be

23 interviewed in this case, as well as archives of relevant information produced in related civil

24 actions. Both parties will need significant time to organize, review, and investigate this case.

25      The parties agree and stipulate that the time until July 14, 2010 should be excluded,

26 under 18 U.S.C. §3161(H)(7)(A) because the ends of justice served by the granting of the

1

1 continuance outweigh the bests interests of the public and the defendant in a speedy and public
2 trial. The continuance is necessary to accommodate counsel's preparation efforts in a case
3 involving a voluminous amount of discovery.

Date   5/25/10
　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　John Paul Reichmuth
　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　　Counsel for defendant HIGGINS

Date   5/25/10
　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Chinhayi Cadet
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.         /S/ JOHN PAUL REICHMUTH

1
2                                          ORDER
3         The court finds that the ends of justice served by the granting of the continuance
4  outweigh the bests interests of the public and the defendant in a speedy and public trial. The
5  continuance is necessary to accommodate counsel's preparation efforts given that this case
6  involves approximately 10,000 pages of discovery to review, organize, and investigate, as well
7  as numerous witnesses and voluminous records generated in related civil proceedings.  Based on
8  these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to
9  July 14, 2010 at 10:00 a.m., before the Oakland Duty Magistrate, and that time be excluded from
10 May 26, 2010 until July 14, 2010 pursuant to 18 U.S.C. §§3161(h)(7)(A).
11        IT IS SO ORDERED.
12
13
14  May 26, 2010
    Date                                      LAUREL BEELER
15                                            UNITED STATES MAGISTRATE JUDGE

3