BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant HIGGINS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-0396-CW |
| | ) | |
| Plaintiff, | ) | AMENDED STIPULATION TO |
| | ) | CONTINUE; ORDER CONTINUING CASE |
| vs. | ) | AND EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| SEAN BRIAN HIGGINS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of August 26, 2010 presently scheduled at 9:30 a.m., before the Honorable Donna M. Ryu, be vacated and re-set for October 18, 2010 at 10:00 a.m. for TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING before the Oakland Duty Magistrate.

The reason for this request is that defense counsel is currently reviewing, organizing and investigating approximately 10,000 pages of discovery.  There are also numerous witnesses to be interviewed in this case, as well as archives of relevant information produced in related civil actions.  Both parties will need significant time to organize, review, and investigate this case. New defense counsel will also be appearing in this case while current defense counsel is out on Paternity leave.

1

1   The parties agree and stipulate that the time until October 18, 2010 should be excluded,
2   under 18 U.S.C. §3161(h)(7)(A) and (B)(iv) because the ends of justice served by the granting of
3   the continuance outweigh the bests interests of the public and the defendant in a speedy and
4   public trial. The continuance is necessary to accommodate counsel's preparation efforts in a case
5   involving a voluminous amount of discovery and to accommodate continuity of counsel.

Date   8/25/10                        /s/
                                      John Paul Reichmuth
                                      Assistant Federal Public Defender
                                      Counsel for defendant HIGGINS


Date   8/25/10                        /s/
                                      Chinhayi Cadet
                                      Assistant United States Attorney

   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.          /S/ JOHN PAUL REICHMUTH

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts given that this case involves approximately 10,000 pages of discovery to review, organize, and investigate, as well as numerous witnesses and voluminous records generated in related civil proceedings.  There will also be a change in defense counsel starting September 1, 2010.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to October 18, 2010 at 10:00 a.m., before the Oakland Duty Magistrate, and that time be excluded from August 26, 2010 until October 18, 2010 pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

_8/25/2010_
Date

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE