BARRY J. PORTMAN
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
SEAN BRIAN HIGGINS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-0396-CW (MAG) |
| Plaintiff, | STIPULATION TO CONTINUE; ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| SEAN BRIAN HIGGINS, | |
| Defendant. | |

The parties to this action, hereby stipulate and ask the court to find as follows:

1) A status hearing in this case is currently set for December 8, 2010, at 10:00 a.m. before the Honorable Donna M. Ryu.

2) The parties request that this date be vacated and that the status hearing be scheduled for January 25, 2011 at 10:00 a.m..

3) The reasons for this continuance are as follows: Defense counsel has received approximately 10,000 pages of discovery. There are also several sizable civil actions which defense counsel must review in connection with this case, as well as numerous witnesses who must be interviewed.

4) The parties agree and stipulate that the time until January 25, 2011 should be excluded,

under 18 U.S.C. §3161(h)(7)(A) and (B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts in a case involving a voluminous amount of discovery and to accommodate continuity of counsel.

Date   December 6, 2010

/s/
Ellen V. Leonida
Assistant Federal Public Defender
Counsel for defendant SEAN HIGGINS

Date   December 6, 2010

/s/
Chinhayi Cadet
Assistant United States Attorney

CR 09-0396 CW  (MAG)
Stipulation and Order Continuing  Status Hearing         2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts given that this case involves approximately 10,000 pages of discovery to review, organize, and investigate, as well as numerous witnesses and voluminous records generated in civil proceedings which are relevant to this case.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to January 25, 2011 at 10:00 a.m., before the Oakland Duty Magistrate, and that time be excluded from December 8, 2010 until January 25, 2011 pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

\_\_12/7/2010\_\_
Date

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE