BARRY J. PORTMAN
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
SEAN BRIAN HIGGINS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-0396-CW (MAG) |
| Plaintiff, | STIPULATION TO CONTINUE; [~~PROPOSED~~] ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| SEAN BRIAN HIGGINS, | |
| Defendant. | |

The parties to this action, hereby stipulate and ask the court to find as follows:

1) A status hearing in this case is currently set for January 25, 2011, at 10:00 a.m. before the Honorable Donna M. Ryu.

2) The parties request that this date be vacated and that the status hearing be scheduled for March 15, 2011 at 9:30 a.m..

3) The reasons for this continuance are as follows: Defense counsel has received approximately 10,000 pages of discovery. There are also several sizable civil actions which defense counsel must review in connection with this case, as well as numerous witnesses who must be interviewed.

4) The parties agree and stipulate that the time until March 15, 2011 should be excluded,

CR 09-0396 CW (MAG)
Stipulation and Order Continuing Status Hearing      1

1  under 18 U.S.C. §3161(h)(7)(A) and (B)(iv) because the ends of justice served by the granting of
2  the continuance outweigh the bests interests of the public and the defendant in a speedy and public
3  trial. The continuance is necessary to accommodate counsel's preparation efforts in a case involving
4  a voluminous amount of discovery and to accommodate continuity of counsel.

5
6
7           /s/
   Date    January 21, 2011                    Ellen V. Leonida
8                                              Assistant Federal Public Defender
                                               Counsel for defendant SEAN HIGGINS
9
10
11          /s/
   Date    January 21, 2011                    Thomas Newman
12                                             Assistant United States Attorney
13

14     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
   within this e-filed document.              /s/ ELLEN V. LEONIDA
15

CR 09-0396 CW  (MAG)
Stipulation and Order Continuing  Status Hearing         2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts given that this case involves approximately 10,000 pages of discovery to review, organize, and investigate, as well as numerous witnesses and voluminous records generated in civil proceedings which are relevant to this case.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to March 15, 2011 at 9:30 a.m., before the Oakland Duty Magistrate, and that time be excluded from January 25, 2011 until March 15, 2011 pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

1/24/2011
Date                                        HON. DONNA M. RYU
                                            UNITED STATES MAGISTRATE JUDGE